UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

THADDEUS VONDERRICK BICKHAM,

       Petitioner,

v.                                                                         Case No. 1:06-CV-240
                                                          (Criminal Case No. 1:02-CR-263)

UNITED STATES OF AMERICA,
                                                           HON. GORDON J. QUIST

       Respondent.
_____/

## ORDER AND JUDGMENT

For the reasons stated in this Court's Opinion entered today,

**IT IS HEREBY ORDERED** as follows:

1.    Petitioner's motions to amend/correct his reply brief (docket nos. 14 & 15) are **GRANTED**;

2.    Petitioner's motion to supplement his 2255 motion (docket no. 17) is **GRANTED**;

3.    Petitioner's Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody (docket no. 1) is **DISMISSED WITH PREJUDICE**.

4.    A **certificate of appealability** is **DENIED**.


Dated: September 4, 2007                             /s/ Gordon J. Quist
                                                          GORDON J. QUIST
                                             UNITED STATES DISTRICT JUDGE